**Sam L. CLEMMONS, Appellant**

v.

**Sharolyn Y. EVANS, also known as Allison S. Johnson, Appellee.**

**No. 07–7127.**

United States Court of Appeals, District of Columbia Circuit.

Feb. 21, 2008.

Sam L. Clemmons, Brookhaven, MS, pro se.

BEFORE: GINSBURG, TATEL and GARLAND, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the

**2**

brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed August 8, 2007, be affirmed. The district court did not abuse its discretion by dismissing appellant's action without prejudice for failure to properly effect service of process on appellee. *See Pellegrin & Levine, Chartered v. Antoine,* 961 F.2d 277, 283 (D.C.Cir.1992); Fed.R.Civ.P. 4(c)(2); 4(m).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C. Cir. Rule 41.